IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY TEVIS, et al.,

    Appellants,

  vs.                                         No. MISC 10-113 WBS KJM PS

WILKY, FLEURY, et al.,

    Appellees.                              ORDER
_____/

    This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellants' motion to proceed in forma pauperis under 28 U.S.C. §1915(a). The motion was referred to the undersigned under Local Rule 72-302(c)(21).

    Appellants have submitted the affidavit required by § 1915(a) showing that appellants are unable to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that appellants' request to proceed in forma pauperis is granted.

DATED: November 19, 2010.

006
tevis.bank-ifp

_____
U.S. MAGISTRATE JUDGE

1